```
                                                        FILED
                                                U.S. DISTRICT COURT
                                                  SAVANNAH DIV.
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF GEORGIA    2006 JAN 12  AM 11: 17
                     WAYCROSS DIVISION
                                                 CLERK_____
                                                  SO. DIST. OF GA.
```

MIESHA OMAR PORTER,

      Petitioner,

vs.                          CASE NO. 5:05-CV-39
                              [underlying criminal
                              case no: 5:03-CR-18]

UNITED STATES OF AMERICA,

      Respondent.

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12th day of January, 2006.

                                              _____
                                              WILLIAM T. MOORE, JR., CHIEF JUDGE
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF GEORGIA

## Other Orders/Judgments

5:05-cv-00039-WTM-JEG Miesha Omar Porter v. United States Of America

### U.S. District Court

### Southern District of Georgia

Notice of Electronic Filing

The following transaction was received from kts entered on 1/12/2006 at 3:10 PM EST and filed on 1/12/2006
**Case Name:**     Miesha Omar Porter v. United States Of America
**Case Number:**   5:05-cv-39
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER adopting [8] REPORT AND RECOMMENDATIONS of the Magistrate Judge as the opinion of the Court dismissing [2] Motion to Vacate/Set Aside/Correct Sentence (2255) . Signed by Judge William T. Moore on 1/12/06. (kts)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1090526433 [Date=1/12/2006] [FileNumber=468158-0]
[08bb15670bf02b6d7cd1b977bcdd75405e60051e672dee33774b94c211ebadeac28d
7193f9cf2f1037ceef504b23734297c116db1d1185fe68d6f34cbdabbcb4]]

**5:05-cv-39 Notice will be electronically mailed to:**

**5:05-cv-39 Notice will be delivered by other means to:**

Amy Lee Copeland
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412

Joseph E. East
Joseph E. East, PC
P.O. Box 1265
Kingsland, GA 31548

*Placed in U.S. mail this date 1/12/2006*
*[signature]*

https://ecf.gasd.circ11.dcn/cgi-bin/Dispatch.pl?917860861939861              1/12/2006